UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CASEY NORDAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAL-MART STORES EAST LP, )<br>)<br>Defendant. )<br>)<br>) | **JUDGMENT**<br>**CASE NO. 4:24-CV-176-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Defendant's motion to dismiss, DE 20, is GRANTED. Plaintiff's amended complaint, DE 18, is DISMISSED with prejudice. The Clerk of Court is directed to close this case.

This Judgment filed and entered on August 19, 2025, and copies to:
Casey Nordan (via CM/ECF Electronic Notification)
Counsel of record for all parties (via CM/ECF Electronic Notification)

August 19, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk